UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES :
:
v. :
:
DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5 :

CA 06 135S

C.A. No.

## NOTICE OF REMOVAL

TO: The United States District Court for the District of Rhode Island

1. Defendants, Donald L. Carcieri, Governor of the State of Rhode Island and Kenneth K. McKay, IV, Chief of Staff to the Governor are defendants in a civil action filed in Providence County Superior Court, C.A. No. 06-1167. A copy of the Amended Complaint is attached as Exhibit A.

2. The aforesaid action was served on the Defendants on or about March 14, 2006.

3. The above described action, as stated in the Plaintiff's Amended Complaint, is one over which this Court has jurisdiction pursuant to 42 U.S.C. § 1983 and is one that may be removed to this Court by the Defendants pursuant to 28 U.S.C. § 1443.

Respectfully submitted,

DEFENDANTS
By their Attorney,

GOVERNOR DONALD L. CARCIERI

Claire Richards

Claire Richards (#4057)
Special Counsel
State House, Room 119
Providence, RI 02903
(401) 222-8114
(401) 222-8291

CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was sent via 1st class mail on this 23rd day of March, 2006, to Robert D. Goldberg, Esq., Goldberg Law Offices, P.O. Box 557, Pawtucket, RI 02882-0557.

Claire Richards