UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES :
:
v. :
:
DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5 :

CA 06 135 S

C.A. No.

**AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH CLERK OF PROVIDENCE COUNTY SUPERIOR COURT**

TO: The United States District Court for the District of Rhode Island

1. Claire Richards, Esq., Attorney for Defendants, herein on oath depose and say that I have caused a copy of defendants' Notice of Removal of the above-captioned action to be filed with the clerk of the Providence County Superior Court in accordance with provisions of 28 U.S.C. § 1446(d) by mailing, postage prepaid, copies of said Notice to the clerk on this 23rd day of March, 2006.

I further depose and say that I have given written notice to the filing of said notice to said parties by mailing thereof by the Untied States mail together with notice of said filing to:

Robert D. Goldberg
Goldberg Law Offices
P.O. Box 557
226 Cottage Street
Pawtucket, RI 02860

on this 23rd day of March, 2006.

Respectfully submitted,

DEFENDANTS
By their Attorney,

GOVERNOR DONALD L. CARCIERI

Claire Richards

Claire Richards (#4057)
Special Counsel
State House, Room 119
Providence, RI 02903
(401) 222-8114
(401) 222-8091

## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing was sent via 1st class mail on this 23rd day of March, 2006, to Robert D. Goldberg, Esq., Goldberg Law Offices, 226 Cottage Street, P.O. Box 557, Pawtucket, RI 02882-0557.

Claire Richards

Subscribed and sworn to before me on this 23rd day of March, 2006.

Catherine Zedorozny
Notary Public
My commission expires: 8/24/09