**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | CA 06 135 S |
| | : | |
| v. | : | C.A. No. |
| | : | |
| DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5 | : | |

**NOTICE TO PLAINTIFF OF REMOVAL**

TO: Robert D. Goldberg
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860

Please take notice that the Defendants, Donald L. Carcieri, Governor of the State of Rhode Island and Kenneth K. McKay, IV, Chief of Staff to the Governor have this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-captioned action from the Providence County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. § 1443 and 1446.

Dated this 23rd day of March, 2006.

Respectfully submitted,

DEFENDANTS
By their Attorney,

GOVERNOR DONALD L. CARCIERI

Claire Richards (#4057)
Special Counsel
State House, Room 119
Providence, RI 02903
(401) 222-8114
(401) 222-8091