AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES

V.

DONALD L. CARCIERI, GOVERNOR OF RI

**APPEARANCE**

Case Number: CA 06 135 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DONALD L. CARCIERI,
GOVERNOR OF THE STATE OF RHODE ISLAND
KENNETH K. McKAY IV,
CHIEF OF STAFF TO THE GOVERNOR OF THE STATE OF RHODE ISLAND

I certify that I am admitted to practice in this court.

Date 3/23/06

Signature Claire Richards

CLAIRE RICHARDS #4057
Print Name Bar Number

STATE HOUSE, ROOM 119
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 222-8114 (401) 222-8091
Phone Number Fax Number