STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1167 CHAMPLINS REALTY ASSOCIATES V DONALD CARCIERI

Filing Date: 02-27-2006
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 02-27-2006

Plaintiff: CHAMPLIN'S REALTY ASSOCIATES
ID: @10824310

Attorney: ROBERT GOLDBERG

Defendant: DONALD CARCIERI GOVERNOR OF THE STA
ID: @10824311

Defendant: KENNEHT MCKAY CHEIF OF STAFF OF THE
ID: @10824312

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-27-2006 | COMPLAINT FILED | |
| 02-27-2006 | INITIAL FILING FEE | |
| 02-27-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP221475. |
| 03-14-2006 | AMENDED COMPLAINT FILED | Affiliated: CHAMPLIN'S REALTY ASSOCIATES |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | AMENDED COMPLAINT FILED | Affiliated: CHAMPLIN'S REALTY ASSOCIATES |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island