UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES

Plaintiff,

v. C.A. No. 06-135S

DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. McKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5,

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By:____________________
Deputy Clerk

ENTER:

____________________
William E. Smith
U.S. District Judge

Date: 4/3/06