UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES

      v.                      CA No. 06-135

DONALD L. CARCIERI, Governor of the
State of Rhode Island, KENNETH K.
McKAY, IV, Chief of Staff to the
Governor of the State of Rhode Island and
John Does 1 through 5

### ORDER OF RECUSAL

I hereby recuse myself from participation in this litigation.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: 4/5/06 , 2006