UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES

v. CA No. 06-135

DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. McKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 4/5/06 , 2006