**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHAMPLINS REALTY ASSOCIATES :
:
V. : C.A. 06-135 ML
:
DONALD L. CARCIERI, GOVERNOR :
OF THE STATE OF RHODE ISLAND, :
KENNETH K. McKAY IV, CHIEF OF :
STAFF TO THE GOVERNOR OF THE :
STATE OF RHODE ISLAND AND :
JOHN DOES, 1 THROUGH 5 :

**OBJECTION**

Comes now your non parties, the Honorable John T. Savoie, the duly elected First Warden of the Town of New Shoreham, and Nancy O. Dodge the duly appointed Manager of the Town of New Shoreham, and object to the subpoenas *duces tecum* served on them in the above referenced matter and do so pursuant to F.R.C.P. 45 (c) (2) (B).

Respectfully submitted,
Honorable John T. Savoie
and Nancy O. Dodge, Town Manager
by their Attorneys:

Donald J. Packer, Esq.
1220 Kingstown Road
Peace Dale, RI 02879-2440
(401) 789-4887 phone
(401) 782-4210 fax
Ct. Reg. #1784

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879-2440
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

# CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 15th day of June 2006 to:

Robert D. Goldberg, Esquire
Goldberg Law Offices
P.O. Box 557
Pawtucket, RI 02862-0557

Claire Richards, Esquire
Special Counsel
State House, Rm. 119
Providence, RI 02903

Bonnie S. Dowling

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHAMPLINS REALTY ASSOCIATES | : | |
| | : | |
| V. | : | C.A. 06-135 ML |
| | : | |
| DONALD L. CARCIERI, GOVERNOR OF THE STATE OF RHODE ISLAND, KENNETH K. McKAY IV, CHIEF OF STAFF TO THE GOVERNOR OF THE STATE OF RHODE ISLAND AND JOHN DOES, 1 THROUGH 5 | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NON PARTIES', HONORABLE JOHN T. SAVOIE, FIRST WARDEN OF THE TOWN OF NEW SHOREHAM, AND NANCY O. DODGE, TOWN MANAGER OF THE TOWN OF NEW SHOREHAM, OBJECTION TO SUBPOENAS *DUCES TECUM***

The Honorable John T. Savoie, First Warden of the Town of New Shoreham, and Nancy O. Dodge, its duly appointed manager, in the strongest of terms, object to being hauled into a deposition in an attempt to bolster, if not make, a case against the Honorable Donald Carcieri, Governor of the State of Rhode Island, and members of his staff.

Governor Carcieri has rightly claimed various immunities and advanced affirmative defenses. First Warden Savoie and Manager Dodge have been advised through counsel that the Governor and his staff will vigorously pursue these defenses and immunities. Both First Warden Savoie and Manager Dodge should not be made to testify, if at all, until after the Court resolves the various motions the Governor will be filing which may be dispositive of the Plaintiff's claims. Indeed, First Warden Savoie and Manager Dodge suggest the strength of the Governor's defenses and immunities will be seen the moment his deposition is noticed and further suggest, with the utmost respect for not only this Court but the Governor as well, that Plaintiff should be ordered to proceed with that deposition first. This will avoid your objectors from being the only

persons burdened with discovery in a case that may well be going nowhere.

Additionally, as the Complaint indicates, the Coastal Resources Management Council, an agency of the State of Rhode Island, decided your Plaintiff's application which took an appeal to the Superior Court pursuant to the Administrative Procedures Act where it now pends (P 2006-1659). This suit can be seen as an attempt to undertake discovery which is not authorized under the Administrative Procedure Act 42-35-1. The documents listed in the identical Exhibit A's to both subpoenas have absolutely no relevance to this lawsuit against Governor Carcieri i.e., all records of any meetings and all correspondence between the Town and CRMC concerning the so-called Champlins Marina expansion.

While First Warden Savoie and Town Manager Dodge have not yet explored the various immunities and privileges which may be available to them, they do press their objection to these subpoenas imposing an undue burden on them.

## CONCLUSION

While the above are not the exclusive concerns of these non parties, they form the basis of this objection and at least they will be more formally developed if and when the Plaintiff proceeds under the rules of this Court.

Respectfully submitted,
Honorable John T. Savoie,
and Nancy O. Dodge, Town Manager
by their Attorneys:

Donald J. Packer, Esq.
1220 Kingstown Road
Peace Dale, RI 02879-2440
(401) 789-4887 phone
(401) 782-4210 fax
Ct. Reg. #1704

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879-2440
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 15th day of June 2006 to the following:

Robert D. Goldberg, Esquire
Goldberg Law Offices
P.O. Box 557
Pawtucket, RI 02862-0557.

Claire Richards, Esquire
Special Counsel
State House, Rm. 119
Providence, RI 02903

Bonnie S. Dowling