AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

COPY

DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES

V.

DONALD L. CARCIERI et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-135 ML

TO: Jack Savoie, 1st Warden of Town of New Shoreham
New Shoreham Town Hall, 16 Old Town Road,
Block Island, Rhode Island 02807

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Goldberg Law Offices, 226 Cottage Street, Pawtucket, RI | 6/19/06 @ 2:00 PM |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED "EXHIBIT A"

| PLACE | DATE AND TIME |
|---|---|
| Goldberg Law Offices, 226 Cottage Street, Pawtucket, RI | 6/19/06 @ 2:00 PM |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR ~~DEFENDANT~~) | DATE |
|---|---|
| [signature] atty for Plaintiff | June 2, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Robert D. Goldberg RI#1733, 226 Cottage Street, Pawtucket, RI 02860 Tel: 728-1510

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 6-6-06 | Block Island, R.I. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Jack Savoie | in-hand |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Kenneth GuilFoyle | RI State Constable |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6-6-06
DATE

Kenneth Guilfoyle #6131
SIGNATURE OF SERVER

PO Box 1111
ADDRESS OF SERVER

East Greenwich, R.I.

X John F Savoie

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Champlin's Realty Associates | : | |
| v. | : | C.A. NO: 06-135 ML |
| Donald L. Carcieri, et al | : | |

**To: Jack Savoie**
**1st Warden of Town of New Shoreham**

**EXHIBIT A**

1) Any and all records of/and concerning any and all meetings between any and all representatives of Governor Carcieri's office and any and all representatives of the Town of New Shoreham concerning the so-called Champlin's Marina expansion project.

2) Any and all correspondence and/or communications of whatsoever kind between any and all representatives of Governor Carcieri's office and any and all representatives of the Town of New Shoreham concerning the so-called Champlin's Marina expansion project.

3) Any and all records of/and concerning any and all meetings between any member or employee or representative of the Rhode Island Coastal Resources Management Council and any and all representatives of the Town of New Shoreham of/and concerning the so-called Champlin's Marina expansion project.

4) Any and all correspondence and/or communications of whatsoever kind between any member or employee or representative of the Rhode Island Coastal Resources Management Council and any and all representatives of the Town of New Shoreham of/and concerning the so-called Champlin's Marina expansion project.

Goldberg Law Offices

*Attorneys and Counselors at Law*

ROBERT D. GOLDBERG
THOMAS D. GOLDBERG

MAILING ADDRESS:
P.O. BOX 557
PAWTUCKET, RI 02862-0557
TELEPHONE (401) 728-1510
TELEFAX (401) 725-3355

PAWTUCKET OFFICE:
226 COTTAGE STREET
PAWTUCKET, RI 02860
(401) 728-1510

WAKEFIELD OFFICE:
SOUTH KINGSTOWN OFFICE PARK
SUITE C-6
24 SALT POND ROAD
WAKEFIELD, RI 02879
(401) 783-9202

June 19, 2006

**<u>Via Regular Mail & Fax [782-4210]</u>**

Donald J. Packer, Esquire
Merlyn P. O'Keefe, Esquire
PACKER & O'KEEFE
1220 Kingstown Road
Peace Dale, RI 02879

**RE: Champlin's Realty Associates**
**VS: Donald L. Carcieri et als**
**U.S. District Court No: 06-135 ML**

Dear Gentlemen:

This morning, I received a copy of your objection to my *subpoena duces tecum* pursuant to F.R.C.P. 45(c)(2[B]) together with your attached memorandum. This was the first indication from you of any objection to this subpoena, which was served on June 6, 2006.

Pursuant to my obligation to confer prior to filing a motion, please advise me as to whether or not this issue can be resolved without Court intervention. I cannot agree, however, to allow you, a non party, to dictate the order or content of discovery.

In closing, as you only objected to the production of documents, I do expect Mr. Savoie's attendance at 2:00PM today for his deposition as indicated on the subpoena.

The untimely notification of your objection will require that a stenographic fee be pain in the event of cancellation of the deposition.

Very truly yours,

Robert D. Goldberg

cc: Claire Richards, Esq.

RDG/rmr