# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Champlin's Realty Associates | : | |
| v. | : | C.A. NO: 06-135 ML |
| Donald L. Carcieri, Governor of the State of Rhode Island, Kenneth K. McKay IV, Chief of Staff to the Governor of the State of Rhode Island and John Does, 1 through 5 | : | |

## NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that the Plaintiff, Champlin's Realty Associates, in the above-entitled cause will take the deposition of **COASTAL RESOURCES MANAGEMENT COUNCIL ("CRMC"), by and through, DANIEL GOULET**. Said deposition will take place on **Wednesday, July 12, 2006** at **2:00 p.m**. at the **Goldberg Law Offices, 226 Cottage Street, Pawtucket, Rhode Island** for any lawful purpose of testimony before a Notary Public of the State of Rhode Island or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Champlin's Realty Associates
By its Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355

**CERTIFICATION**

I hereby certify that on the 23rd day of June 2006, I mailed by regular mail, postage prepaid, a true copy of the within *Notice of Deposition {CRMC by and though DANIEL GOULET}* to:

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Claire Richards, Esquire
Special Counsel
STATE HOUSE, Room 119
Providence, RI 02903