**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHAMPLINS REALTY ASSOCIATES | : | |
| | : | |
| V. | : | C.A. 06-135 ML |
| | : | |
| DONALD L. CARCIERI, GOVERNOR OF THE STATE OF RHODE ISLAND, KENNETH K. McKAY IV, CHIEF OF STAFF TO THE GOVERNOR OF THE STATE OF RHODE ISLAND AND JOHN DOES, 1 THROUGH 5 | : | |

**MOTION FOR AN EXTENSION OF TIME**
**OF THE HONORABLE JOHN T. SAVOIE, FIRST WARDEN**
**OF THE TOWN OF NEW SHOREHAM AND**
**NANCY O. DODGE, TOWN MANAGER OF THE TOWN OF NEW SHOREHAM**

Comes now John T. Savoie, First Warden of the Town of New Shoreham and Nancy O. Dodge, Town Manager of the Town of New Shoreham, and move this Honorable Court for an extension of time to 15 July 2006 within which to answer the Plaintiff's motion to compel and to hold them in contempt.

As grounds for this motion, the question of whether Warden Savoie and Manager Dodge can be deposed presents numerous questions of importance and requires significant research, particularly so, in light of Plaintiff's failure to cite any case law whatsoever, let alone make a showing as to the Rule 26 (b) (1) and (2) (i) (ii) and (iii). Curiously, neither First Warden nor the Manager were called by Plaintiff (or anyone else) in the Administrative Hearing of this matter which covered 23 hearing sessions.

Separately, out of state vacation schedules were set some time ago and neither the subpoenas nor the motions could have been fairly anticipated.

*Champlins Realty Association*
v. *Donald L. Carcier, et al.*
C.A. 06-135ML

Respectfully submitted,
Honorable John T. Savoie, First Warden
and Nancy O. Dodge, Town Manager
by their Attorneys:

Merlyn P. O'Keefe, Esq.
Donald J. Packer, Esq
1220 Kingstown Road
Peace Dale, RI 02879-2440
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

## CERTIFICATION

I hereby certify that I mailed a true copy of the within Motion for An Extension of Time, first class postage prepaid, on the 26th day of June 2006 to the following:

Robert D. Goldberg, Esquire
Goldberg Law Offices
P.O. Box 557
Pawtucket, RI 02882-0557.

Claire Richards, Esquire
Special Counsel
State House, Rm. 119
Providence, RI 02903

Bonnie S. Dowling