# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | |
| v. | : | C.A. NO: 06-135 ML |
| DONALD L. CARCIERI, GOVERNOR<br>OF THE STATE OF RHODE ISLAND,<br>KENNETH K. McKAY IV, CHIEF OF STAFF<br>TO THE GOVERNOR OF THE STATE OF<br>RHODE ISLAND and JOHN DOES, 1 through 5 | :<br>:<br>:<br>:<br>: | |

## OBJECTION

Now comes the Plaintiff, CHAMPLIN'S REALTY ASSOCIATES, in the above-entitled matter and hereby objects to the motion for extension of time as filed by John T. Savoie and Nancy O. Dodge. As basis for this objection, Plaintiff relies on the attached memorandum.

Champlin's Realty Associates
By its Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | |
| v. | : | C.A. NO: 06-135 ML |
| DONALD L. CARCIERI, GOVERNOR<br>OF THE STATE OF RHODE ISLAND,<br>KENNETH K. McKAY IV, CHIEF OF STAFF<br>TO THE GOVERNOR OF THE STATE OF<br>RHODE ISLAND and JOHN DOES, 1 through 5 | :<br>:<br>:<br>:<br>: | |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S OBJECTION TO THE NON PARTY WITNESSES' MOTION FOR AN EXTENSION OF TIME

Travel

1) On June 6, 2006 two (2) non party witnesses ("Respondents") were served with *subpoenas duces tecum*, which also required their personal attendance.

2) The *subpoenas* were returnable on June 19, 2006 and June 26, 2006.

3) On June 16, 2006 Plaintiff received an objection to the production of the *subpoenaed* documents.

4) Respondent Savoie, without further notice, failed to appear for his deposition and Respondent Dodge, one week later through counsel, telephoned and said she would not attend her deposition.

5) Plaintiff filed appropriate motions to adjudge Respondents in contempt.

6) Plaintiff's motions were assigned for hearing on July 12, 2006.

7) Respondents now seek an extension of time to prepare memos in opposition to Plaintiff's *subpoenas*.

## Argument

The procedure for contesting a *subpoena* is to file a motion for a protective order or otherwise seek relief from the Court prior to the appointed time of the deposition(s). Respondents failed to do this. In their memorandum in objection to the production of documents, no cognizable reason was offered for defiance of the subpoena. If there was legal justification for violation of the *subpoena*, Plaintiff, Defendants and the Court had a right to know this some time ago. Respondents' dilatory tactics are inappropriate and prejudicial to the Plaintiff. Plaintiff anticipates the necessity of taking approximately ten (10) or more depositions in this case. The sequence of the depositions is also significant.

## Conclusion

Based on the foregoing, Plaintiff suggests that any requests for a continuance in this matter by Respondents be denied.

Champlin's Realty Associates
By its Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355

**CERTIFICATION**

I hereby certify that on the 29th day of June 2006, I mailed a true copy of the within *Objection and Memorandum in Support of Plaintiff's objection to non party witnesses' motion to extend time*, via first-class mail, postage prepaid, to the following:

Claire Richards, Esquire
Special Counsel
STATE HOUSE, Room 119
Providence, RI 02903

Donald J. Packer, Esquire
Merlyn P. O'Keefe, Esquire
PACKER & O'KEEFE
1220 Kingstown Road
Peace Dale, RI 02879

Rosa Maria Pecha