UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES, Plaintiff, | : | |
| v. | : | CA 06-135 ML |
| DONALD L. CARCIERI, GOVERNOR OF THE STATE OF RHODE ISLAND, KENNETH K. McKAY IV, CHIEF OF STAFF TO THE GOVERNOR OF THE STATE OF RHODE ISLAND, and JOHN DOES, 1 through 5, Defendants. | : | |

**ORDER**
**GRANTING IN PART**
**MOTION FOR EXTENSION OF TIME**
**AND SCHEDULING HEARING ON MOTIONS TO COMPEL**

On July 5, 2006, the Court conducted a telephone conference with Attorney Robert D. Goldberg, counsel for Plaintiff, and Attorney Merlyn P. O'Keefe, counsel for non-parties John T. Savoie, First Warden of the Town of New Shoreham, and Nancy O. Dodge, Town Manager of the Town of New Shoreham (the "New Shoreham Non-Parties").[1] The subject of the conference was the New Shoreham Non-Parties' motion for an extension of time to answer Plaintiff's motions to compel and hold them in contempt.[2]

[1] Prior to the conference, Deputy Clerk Martha Saucier contacted Attorney Claire Richards, counsel for Defendants Donald L. Carcieri and Kenneth K. McKay, IV. Attorney Richards advised Ms. Saucier that Defendants Carcieri and McKay had no objection to the motion for extension of time being granted and requested that she be excused from participating in the conference.

[2] See Motion for an Extension of Time of the Honorable John T. Savoie, First Warden of the Town of New Shoreham and Nancy O. Dodge, Town Manager of the Town of New Shoreham (Document ("Doc.") #15); see also Motion to Adjudge the Town of New Shoreham, by and through its First Warden, John ("Jack") T. Savoie, in Contempt and to Compel Compliance with a *Subpoena* (Doc. #13); Motion to Adjudge the Town of New Shoreham, by and through its Town Manager, Nancy Dodge, in

Plaintiff had filed an objection to the motion for an extension of time.[3]

At the conclusion of the conference, the Court stated that it would issue an order reflecting the rulings on the matters which had been addressed. This is that order.

The motion of the New Shoreham Non-Parties for an extension of time (Document ("Doc.") #15) is granted to the extent that they shall have until **Monday, July 10, 2006**, to respond to Plaintiff's motions to compel and hold the New Shoreham Non-Parties in contempt. Plaintiff shall have until **9:00 a.m. on Thursday, July 13, 2006**, to file any reply to the New Shoreham Non-Parties' filings. The Court will conduct a hearing at **10:00 a.m. on Friday, July 14, 2006**, on Plaintiff's Motion to Adjudge the Town of New Shoreham, by and through its First Warden, John ("Jack") T. Savoie, in Contempt and to Compel Compliance with a *Subpoena* (Doc. #13) and Plaintiff's Motion to Adjudge the Town of New Shoreham, by and through its Town Manager, Nancy Dodge, in Contempt and to Compel Compliance with a *Subpoena* (Doc. #16).

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
July 6, 2006

BY ORDER:

Deputy Clerk

---

Contempt and to Compel Compliance with a *Subpoena* (Doc. #16).

[3] See Objection (Doc. #17) filed by Plaintiff.