**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHAMPLIN'S REALTY ASSOCIATES :

v. : C.A. NO: 06-135 ML

DONALD L. CARCIERI, GOVERNOR :
OF THE STATE OF RHODE ISLAND, :
KENNETH K. McKAY IV, CHIEF OF STAFF :
TO THE GOVERNOR OF THE STATE OF :
RHODE ISLAND and JOHN DOES, 1 through 5 :

**2nd NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the Plaintiff, Champlin's Realty Associates, in the above-entitled cause will take the deposition of **THE TOWN OF NEW SHOREHAM, by and through the First Warden, JOHN T. "JACK" SAVOIE**. Said deposition will take place on **Tuesday, August 8, 2006** at **1:00 p.m.** at the **Goldberg Law Offices, 226 Cottage Street, Pawtucket, Rhode Island** for any lawful purpose of testimony before a Notary Public of the State of Rhode Island or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Champlin's Realty Associates
By its Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355

**CERTIFICATION**

I hereby certify that on the 28th day of July 2006, I mailed by regular mail, postage prepaid, a true copy of the within *2nd Notice of Deposition {Town of New Shoreham's First Warden- John T. Savoie}* to:

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Claire Richards, Esquire
Special Counsel
STATE HOUSE, Room 119
Providence, RI 02903

Merlyn P. O'Keefe, Esquire
1220 Kingstown Road
Peace Dale, RI 02879

Donald J. Packer, Esquire
1220 Kingstown Road
Peace Dale, RI 02879

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

COPY

CHAMPLIN'S REALTY ASSOCIATES

V.

DONALD L. CARCIERI et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-135 ML

TO: Jack Savoie, 1st Warden of Town of New Shoreham
New Shoreham Town Hall, 16 Old Town Road,
Block Island, Rhode Island 02807

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Goldberg Law Offices, 226 Cottage Street, Pawtucket, RI | 6/19/06 @ 2:00 PM |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED "EXHIBIT A"

| PLACE | DATE AND TIME |
|---|---|
| Goldberg Law Offices, 226 Cottage Street, Pawtucket, RI | 6/19/06 @ 2:00 PM |

_ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR ~~DEFENDANT~~) | DATE |
|---|---|
| [signature] atty for Plaintiff | June 2, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Robert D. Goldberg RI#1733, 226 Cottage Street, Pawtucket, RI 02860 Tel: 728-1510

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 6-6-06 | Block Island, R.I. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Jack Savoie | in-hand |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Kenneth Guilfoyle | R I State Constable |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6-6-06
DATE

Kenneth Guilfoyle #1131
SIGNATURE OF SERVER

P O Box 1111
ADDRESS OF SERVER

East Greenwich, R.I.

X John F Savoie

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

Champlin's Realty Associates :

v. : C.A. NO: 06-135 ML

Donald L. Carcieri, et al :

**To: Jack Savoie**
**1st Warden of Town of New Shoreham**

**EXHIBIT A**

1) Any and all records of/and concerning any and all meetings between any and all representatives of Governor Carcieri's office and any and all representatives of the Town of New Shoreham concerning the so-called Champlin's Marina expansion project.

2) Any and all correspondence and/or communications of whatsoever kind between any and all representatives of Governor Carcieri's office and any and all representatives of the Town of New Shoreham concerning the so-called Champlin's Marina expansion project.

3) Any and all records of/and concerning any and all meetings between any member or employee or representative of the Rhode Island Coastal Resources Management Council and any and all representatives of the Town of New Shoreham of/and concerning the so-called Champlin's Marina expansion project.

4) Any and all correspondence and/or communications of whatsoever kind between any member or employee or representative of the Rhode Island Coastal Resources Management Council and any and all representatives of the Town of New Shoreham of/and concerning the so-called Champlin's Marina expansion project.