RI.gov R.I. Government Agencies | Privacy Policy | Search RI.gov: Go

State of Rhode Island
Donald L. Carcieri
OFFICE OF THE GOVERNOR

Skip to content | Skip to navigation | Skip to other related content

Contact Us | Press Releases | Search the Governor's Site: Go

- Home

The Governor...

- Accomplishments
- Agenda
- Boards & Commissions
- Events
- Executive Orders

Initiatives...

- Week In Review
- Contact Us

Home > Press Releases

# CARCIERI CALLS ON CRMC TO REJECT

# CHAMPLIN'S EXPANSION

**02-27-2006**

Governor Donald L. Carcieri today called on the Coastal Resources Management Council (CRMC) to reject an application by Champlin's Realty Associates to dramatically expand their marina at the Great Salt Pond at Block Island. CRMC is scheduled to a public meeting on the proposal tomorrow at 6:00 p.m.

"I have already expressed serious concerns about the magnitude of the proposed expansion of Champlin's Marina into the Great Salt Pond. My concerns have only grown as I have studied the question more thoroughly."

"I fear that expanding Champlin's Marina will seriously threaten the health of the Great Salt Pond. I am also concerned that it will result in the transfer of a valuable public asset into the hands of a private company."

"As Governor of Rhode Island, I have an obligation to preserve our state's environmental heritage for the benefit of future generations. Over the last three years, I have worked hard to clean up Narragansett Bay, and to preserve thousands of acres of open space throughout Rhode Island."

"In light of these recent successes in safeguarding Rhode Island's natural resources, I cannot support a plan to give such an important environmental asset to a private developer. And I must oppose any project that might have such a detrimental impact on Rhode Island's environment. At the end of the day, the public's interests should always outweigh the special interests."

"As a result, I hope that the members of the Coastal Resources Management Council will side with the environment and with the people of Rhode Island by voting against Champlin's expansion proposal."

**Related links** Contact Us

Office of the Governor · 222 State House, Providence, RI 02903-1196

Department or agency: Office of the Governor
Online: http://