









UserPoll
**Today's Question:**
What is your favorite beach in Rhode Island?

- East Matunuck State Beach
- Misquamicut State Beach
- Salty Brine State Beach
- First Beach, Newport
- Narragansett Beach

SUBMIT
View past poll results

**Washington, D.C. Office**
141A Russell Senate Office Building
Washington, DC 20510
(202) 224-2921

**Providence, RI Office**
170 Westminster Street
Suite 1100
Providence, RI 02903
(401) 453-5294

**Newport, RI Office**
320 Thames Street
Room 272
Newport, RI 02840
(401) 845-0700

# Press Releases



Contact: Stephen Hourahan
202-224-6167



## Chafee Urges CRMC to Reject Marina Expansion

**February 27th, 2006** - PROVIDENCE, R.I. - U.S. Senator Lincoln Chafee today called upon the Coastal Resources Management Council (CRMC) to reject the application of Champlinâ€™s Marina to expand its facility on the Great Salt Pond on Block Island.

In a letter to CRMC Chairman Michael Tikoian, Senator Chafee cited his concerns about the privatization of public trust waters, the effect on the ecology of the Great Salt Pond, and indirect impacts on a land-side conservation zone that includes the Block Island National Wildlife Refuge.

The text of the letter follows:

I am writing to let you know that I oppose the expansion of Champlinâ€™s Marina and to urge the CRMC to reject the application when it considers the matter.

While I appreciate the desire of the marina to expand its business, I have serious reservations about awarding significant public resources to a private enterprise. The project before the CRMC is a marina expansion that would cover up to four acres of the Great Salt Pond, restrict shoreline access in the area, and displace as much as 25 percent of the municipal mooring field. I know that the marina has worked hard to be a responsible member of the community on Block Island, but I simply do not see adequate public benefits associated with this project to justify this large-scale privatization of public trust waters.

In addition, local marine scientists make a compelling argument that the ecology of the Great Salt Pond is already stressed, and further, that it cannot absorb additional nutrients and other pollutants without degradation of valuable breeding and nursery habitat for fish and shellfish. As the Chairman of the Senate Subcommittee with jurisdiction over the U.S. Fish & Wildlife Service, I am concerned about the indirect impacts that the expansion of Champlinâ€™s could have on the conservation zone on the northern end of the pond, which includes the Block Island National Wildlife Refuge.

Clearly, there are strongly held views on both sides of this issue, and I appreciate your willingness to allow the project to undergo extensive public scrutiny. Nevertheless, there is a great deal at stake in this decision, and I hope that after due consideration, the Council will defeat the proposed expansion of Champlinâ€™s Marina.

Thank you for taking my views into account on this matter.

###

« Previous Press Release | Press Releases List | Next Press Release »

**February 2006 Press Releases** | « January | March » | « 2005 | 2007 »

- **27th -** current Press Release
- 27th - Chafee Supports Renewable Wind Energy Project
- 24th - Chafee Announces Two Newport Locations Are Named National Historic Landmarks