State of Rhode Island
Charles J. Fogarty
LT GOVERNOR

# Office of the Lt. Governor

Press Releases | Contact Us | Search the Lt. Governor's site: Go

- Home
- About the Lt. Governor
- Press Releases
- Legislation
- Long Term Care Council
- Small Business Council
- EMA Advisory Council
- Contact Us
- Events & Photos

Home > Press Releases > Fogarty Opposes Champlin Marina Expansion

# Fogarty Opposes Champlin Marina Expansion

**01-23-2006**

Lt. Governor Charles Fogarty today expressed his opposition to the proposed expansion of the Champlin Marina in Block Island's Great Salt Pond.

"The State of Rhode Island has a responsibility to maintain the quality, accessibility and economic viability of coastal waters in its public trust. The proposed expansion of Champlin Marina would work against these important principles," Fogarty stated. "Great Salt Pond's ecosystem does not have the capacity to handle further expansion of the marina."

The current expansion plans would nearly double the marina's capacity, displace a local town mooring field and privatize four acres of water that are currently held in the public trust. Expanding the marina would also restrict public access to and use of the Pond and increase the potential for degraded water quality in the summer due to the increase of boaters.

"Block Island is one of Rhode Island's most beautiful sights with some of the state's last natural, undeveloped land and coastal areas," Fogarty stated. "Great Salt Pond, like all of Block Island, and the entire state of Rhode Island has limited land, costal waters and resources due to its size. Development and expansion must be done wisely and in a manner that does not negatively impact the environment."

Fogarty added, "We must ensure that generations of future Rhode Islanders can enjoy the scenic state we have today. The proposed expansion does not add greater value to the public. Rather, it will restrict public access to moorings and beach and swimming areas. The private interests of one company should not take priority over the public's interest."

## Related links

Department or agency: Office of the Lieutenant Governor
Online: http://www.ltgov.ri.gov/
Press Releases | Staff | RI.gov

116 State House, Providence, RI 02903-1196 | e-mail: riltgov@ltgov.state.ri.us | phone:(401) 222-2371 | fax:(401) 222-2012