Prov. Journal 2/27/06

# The Champlin's expansion would affect less than 1% of Great Salt Pond.



## It will benefit 100% of the people who enjoy it.

For decades, Champlin's has been an affordable place where Rhode Islanders, from all walks of life, can actively enjoy the Block Island seashore. At a time when escalating real estate prices have diminished the average family's access to the coastline, this is no small consideration.

### A modest expansion to our marina.

Increasing our capacity from 250 to 300 boats will help Champlin's Marina to meet the growing demand for dock space—to minimize the rafting of boats at the docks—and to encourage safer, more orderly boat traffic during the busy summer season. Our well-conceived plan includes substantial public improvements, such as:

- A new pump-out boat, and shower/toilet facilities, for all visiting boaters
- Two launches: providing shore access for people with boat moorings or anchorage throughout the pond
- Trash disposal services for the entire harbor
- The installation of low-profile marina lighting

### Continuing benefits for residents and visitors.

For the past five years, Champlin's Resort has been voted "one of the best places in New England to spend a weekend" by Offshore Magazine. We've also become an invaluable hospitality destination for local residents and day visitors: by providing public access to Champlin's amenities. This includes our refurbished hotel, restaurant and bathing facilities. Along with a $100,000 playground offering safe recreation for all the children of Block Island.

### Protecting this island is second nature to us.

Many places in the Ocean State are beautiful to look at. Great Salt Pond is a living, breathing resource that is truly the lifeblood of the Block Island community.

We hope you'll encourage the Coastal Resource Management Council (CRMC) to approve our proposed expansion—which has already earned a Certificate of Water Quality from the Rhode Island Department of Environmental Management (RIDEM).

For our part, as we have since 1987, we promise to respect and maintain the unique beauty of Great Salt Pond. Block Island isn't just a place where we do business. Like you, it's a part of who we are.

*Sincerely,*
*The Grillo Family*

**Champlin's** MARINA & FAMILY RESORT

amounts set by the Board of Governors for Higher Education last fall: a 6-percent increase at URI, or $440 more than this year, for a total of in-state tuition and fees of $7,724; a 4.4-percent increase at RIC, or $208 more, for a total of $4,884; and a 3-ercent increase at CCRI, or $74 more for a full-time student.

Carcieri has proposed larger increases: 7.4 percent at URI, 6.2 percent at RIC and 6.2 percent at CCRI.

Now it appears tuition and fees at URI will have to increase significantly, in part to cover some of the construction and repairs on the Kingston campus.

For example, the $8.6-million renovation of Independence Hall, one of URI's largest academic buildings and home to several of

CHECK THE REVIEWS IN
Lifebeat Movies Fridays
The Providence Journal projo.com
On sale marketwide. For home delivery, call 401.277.7600 or go online at www.projo.com/myprojo

LOSE WEI
WEIGH
Nutrition
- Individually designed meal plans targeted to your specific lifestyle and goals.
- One-to-one counseling (no embarrassing groups)
60
JOIN NO
PAY UN
$3
WARWICK 737-2232 99 Lambert Lind Hwy.
EAST PROVI 434-22 2743 Pawtuck
PLAINVILLE, MA 508-809-6300 111 Washington St.
NORTH DART 508-999- 501 State
*Food/supplements not included*