Goldberg Law Offices

*Attorneys and Counselors at Law*

ROBERT D. GOLDBERG
THOMAS D. GOLDBERG

MAILING ADDRESS:
P.O. BOX 557
PAWTUCKET, RI 02862-0557
TELEPHONE (401) 728-1510
TELEFAX (401) 725-3355

PAWTUCKET OFFICE:
226 COTTAGE STREET
PAWTUCKET, RI 02860
(401) 728-1510

WAKEFIELD OFFICE:
SOUTH KINGSTOWN OFFICE PARK
SUITE C-6
24 SALT POND ROAD
WAKEFIELD, RI 02879
(401) 783-9202

# FAX COVER SHEET

DATE: February 27, 2006 Total Number of Pages: 5

TO: Kenneth K. McKay IV, Chief of Staff to the Governor

FAX NO: 1 (401) 273-5729

**Robert D. Goldberg __X__ Thomas D. Goldberg ______**

RE: Champlin's Realty Associates

COMMENTS: DRAFT of Complaint

---

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone.

*THANK YOU*

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

CHAMPLIN'S REALTY ASSOCIATES :

v. : C.A. NO: 2006-

Donald L. Carcieri, Governor of the :
State of Rhode Island, Kenneth K. McKay IV, :
Chief of Staff to the Governor of the :
State of Rhode Island and John Does, 1 through 5 :

DRAFT

## COMPLAINT

1. Plaintiff, CHAMPLIN'S REALTY ASSOCIATES, is a Rhode Island corporation with a principal place of business in New Shoreham, Rhode Island.

2. Plaintiff, CHAMPLIN'S REALTY ASSOCIATES has pending a petition before the Rhode Island Coastal Resources Management Council; Docket No: 2003-05-155.

3. Marinas have been designated by the General Assembly to be one of the uses consistent with the public trust.

4. The hearings on Plaintiff's application to expand its marina is considered a contested case pursuant to the Administrative Procedures Act, G.L. 42-35-1(c), and as such, the Coastal Resources Management Council is performing a quasi-judicial function as provided by the General Laws of the State of Rhode Island.

5. Defendant, Donald L. Carcieri is the Governor of the State of Rhode Island and is sued in his official capacity.

6. Defendant, Kenneth K. McKay IV, is the Chief of Staff for the Governor of Rhode Island and is sued in his official capacity.

7. Defendants, John Does 1 through 5, on information and belief are engaged in a conspiracy with the named Defendants to defeat the Plaintiff's application.

8. Plaintiff's application before the Coastal Resources Management Council seeks an expansion of its existing marina facility located in the Great Salt Pond in the Town of New Shoreham.

9. A Subcommittee was appointed and charged with hearing the Plaintiff's application and, pursuant to CRMC regulations, making findings of fact and a recommendation to the full Council.

10. The Subcommittee conducted 23 public hearings over the course of two years; the hearings were conducted in accordance with the Administrative Procedures Act, G.L. 1956 § 42-35-1 *et seq.* Evidence was received through sworn testimony and exhibits, introduced in accordance with the Rhode Island Rules of Evidence. These hearings were conducted in accordance with the Administrative Procedures Act and were quasi judicial in nature.

11. On October 24, 2005 the Subcommittee convened and voted. A majority of the Subcommittee voted in a 3-1 vote, to recommend approval of the application with modifications.

12. The Coastal Resources Management Council is scheduled to convene on February 28, 2006 to consider the Subcommittee's recommendation.

13. The Defendant, Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island has, directly or indirectly, attempted improperly to improperly influence the members of the Coastal Resources Management Council in an effort to defeat Plaintiff's application.

14. The Defendant, Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island by and through John Does 1 through 5 has contacted members of the Coastal Resources Management Council, in an effort to improperly defeat Plaintiff's application.

15. The Defendant, Kenneth K. McKay IV, in his capacity as Chief of Staff to the Governor, has directly and indirectly contacted members of the Coastal Resources Management Council in an attempt improperly, and in violation of Plaintiff's civil rights, to influence the member's vote and to defeat Plaintiff's application.

16. The Defendant, Kenneth K. McKay IV, in his capacity as Chief of Staff to the Governor, has directly and indirectly, by and through John Does 1 through 5, has contacted members of the Coastal Resources Management Council, in an effort to defeat Plaintiff's application.

17. The Defendant Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island and the Defendant, Kenneth K. McKay IV, in his capacity as Chief of Staff to the Governor, have met and conferred with Michael I. Tikoian, Chairman of the Coastal Resources Management Council and unlawfully agreed to contact, directly and indirectly, members of the Coastal Resources Management Council in an effort to defeat Plaintiff's application and to unlawfully influence the members to vote against Plaintiff's application.

DRAFT

DRAFT

## COUNT I

### Violations of Plaintiff's Constitutional Rights

1. The Plaintiff realleges and reincorporates the allegations set forth in the preceding paragraphs.

2. The conduct of the Defendant, Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island and the Defendant, Kenneth K. McKay IV, in his capacity as Chief of Staff to the Governor, is in violation of Plaintiff's constitutional rights to due process and equal protection of the law.

3. The conduct of the Defendant, Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island and the Defendant, Kenneth K. McKay IV, in his capacity as Chief of Staff to the Governor, is in violation of Plaintiffs right to due process as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and Article 1, Section 2 of the Constitution of Rhode Island

4. The Defendant, Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island and the Defendant, Kenneth K. McKay IV, in his capacity as Chief of Staff to the Governor, are acting under color of law and in violation of 42 U.S.C. § 1983 and in violation of Plaintiff's rights as secured by the Constitution of the United States.

5. The Defendants, John Does, 1 through 5, in seeking to influence the vote of the Coastal Resources Management Council adversely to Plaintiff have acted in violation of Plaintiffs right to due process as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and Article 1, Section 2 of the Constitution of Rhode Island.

**WHEREFORE**, Plaintiff seeks an ORDER permanently restraining and enjoining the Defendants from further interference with this proceeding. The Plaintiff further seeks a declaration that its constitutional rights have been infringed by the conduct of the Defendants, plus compensatory damages plus interest plus costs plus attorney fees.

## COUNT II

### Malicious interference with Prospective Contractual Relations

1. The Plaintiff realleges and reincorporates the allegations set forth in the preceding paragraphs.

2. The conduct of the Defendant, Donald L. Carcieri, in his capacity as Governor of the State of Rhode Island and the Defendant, Kenneth K. McKay IV, in his capacity as Chief of Staff to the Governor, in seeking to influence the vote of the Coastal Resources

Management Council adversely to Plaintiff's interests constitutes malicious interference with prospective contractual relations.

3. The conduct of the Defendants, John Does, 1 through 5, in influencing the vote of the Coastal Resources Management Council constitutes malicious interference with prospective contractual relations.

**WHEREFORE**, Plaintiff seeks compensatory and punitive damages plus interest plus costs plus attorney fees and other relief in accordance with law.

CHAMPLIN'S REALTY ASSOCIATES
By its Attorney,

DRAFT

Robert D. Goldberg #1733
GOLDBERG LAW OFFICES
226 Cottage Street, PO Box 557
Pawtucket, RI 02862-0557
Tel: (401) 728-1510
Fax: (401) 725-3355

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY, IF APPLICABLE.**

Robert D. Goldberg #1733

DATED: February ______, 2006