UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 06-135 ML |
| | : | |
| DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5 | : | |

## STATEMENT OF UNDISPUTED FACTS

1. Between 2004 and 2006, Champlin's Realty Associates ("Champlin's") was an applicant before the Rhode Island Coastal Management Council ("CRMC") for an expansion of its existing marina facility in the Great Salt Pond located in New Shoreham on Block Island. A true copy of the CRMC's decision on the Champlin's application fort a marina expansion is attached as *Exhibit A*.

2. The Great Salt Pond has been designated by "Special Resource Protected Water" by the Rhode Island Department of Environmental Management and Block Island itself has been designated one of the "The Last Great Places" in the Western Hemisphere by the Nature Conservancy. http://www.dem.ri.gov/pubs/regs/regs/water/h20qlty.pdf; http://www.projo.com/extra/2005/blockisland/content/day5.htm

3. Over the course of two years, the requested expansion was the subject of 23 public hearings by a subcommittee of the CRMC, numerous newspaper reports, editorials and heated public discussion. *Exhibit A* at 1-2; http://www.blockislandtimes.com/news/2005/1029/Front_Page/001.html

4. Much of the debate centered on the ability of the Great Salt Pond to absorb the increase in boat traffic and resulting environmental degradation. http://www.clf.org/programs/cases.asp?id=301

5. The expansion, if permitted by the CRMC, would have converted more than three acres of public trust land within the Great Salt Pond to private, commercial use. *See Exhibit A* at ¶ 38.

6. On October 24, 2005 a subcommittee of the CRMC voted 3-1 to recommend approval of Champlin's application with modifications (the "Subcommittee"). Amended Complaint at ¶ 16.

7. In the weeks preceding a vote by the full CRMC on Champlin's request to expand, numerous environmental groups and politicians, including Governor Carcieri, United States Senator Lincoln Chafee and Lieutenant Governor Charles Fogarty issued press releases voicing their opposition to the proposed marina expansion. A copy of the Governor's press release is attached as *Exhibit B*; a copy of Senator Chafee's press release is attached as *Exhibit C* and a copy of Lieutenant Governor Fogarty's press release is attached as *Exhibit D*.

8. For its part, Champlin's paid for advertisements to appear in the Providence Journal urging the public to get in touch with members of the CRMC and urge them to vote in support of the proposed marina expansion. A true copy of an advertisement in the Providence Journal to this effect dated February 27, 2006 is attached as *Exhibit E*.

9. On February 27, 2006, the day before the CRMC was to vote on the marina expansion, Champlin's faxed a draft of the complaint it intended to file against the Governor and McKay if the vote did not go its way. A true copy of a complaint faxed to the Governor's Office prior to the CRMC vote is attached as *Exhibit F*.

10. On February 28, 2006, the CRMC denied Champlin's request to expand its marina in the Great Salt Pond on a vote of 5 to 5. Amended Complaint at ¶ 26.

11. On or about March 13, 2006, Champlin's filed its Amended Complaint against defendants Governor Donald L. Carcieri and his Chief of Staff, Kenneth K. McKay, IV alleging that by their actions they intentionally and maliciously interfered with Champlin's rights to due process and equal protection of the laws. Amended Complaint at Counts I and II.

12. Champlin's also asserts that the Defendants' conduct constituted a malicious interference with its prospective business expectations. Amended Complaint at Count III.

13. With respect to the Governor, Champlin's specific allegations are 1) that the Governor and the Chairman of the CRMC "agreed to work together

to defeat Plaintiff's application"; 2) that the Governor indirectly contacted members of the CRMC and improperly influenced their vote on the application and 3) that Governor contacted the Director of the Department of Environmental Management, an *ex officio* member of the CRMC, "to improperly influence [his] vote with the specific intent to defeat Plaintiff's application." Amended Complaint at 20, 23, 24 and 25.

14. With respect to defendant McKay, Champlin's specific allegations are 1) that McKay directly and indirectly contacted members of the CRMC and "convinced certain members to vote against Plaintiff's application" ; 2) that McKay spoke with the Chairman of the CRMC "on at least one occasion and engaged in more than one conversation" with him "in order to work together to defeat Plaintiff's application"; and 3) that McKay contacted the Director of the DEM, an *ex officio* member of the CRMC, "to improperly influence [his] vote with the specific intent to defeat Plaintiff's application." Amended Complaint at 21, 22, 23, 24 and 25.

15. On March 23, 2006, Champlin's filed a lawsuit against the CRMC, in the Providence County Superior Court (C.A. 2006-1659). A true copy of the State Court Complaint is attached as *Exhibit G*. In its State Court Complaint, Champlin's alleges that the CRMC's rejection of its application and its rejection of the recommendation by the Subcommittee to approve the application was a violation of Champlin's rights to due process. Champlin's State Complaint at ¶ 43. It also contends that two members of the CRMC, Michael Tikioan and David Abedon should have recused themselves from the final CRMC vote because of alleged bias. Champlin's State Court Complaint at ¶ 44.

Respectfully submitted,

DEFENDANTS
By their Attorney,

*/s/ Claire Richards*

Claire Richards (#4057)
Special Counsel
State House, Room 119
Providence, RI 02903
(401) 222-8114
(401) 222-8091 (fax)
crichards@gov.state.ri.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2006, I electronically filed the within *Statement of Undisputed Facts* with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically via the ECF system to Robert D. Goldberg, Esq. at rgoldberg@goldberglawoffices.com.

*/s/ Rachel Gribbin*