**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Champlin's Realty Associates** **C.A. NO: 06-135 ML**

**vs.**

**Donald L. Carcieri, et al**

**MOTION FOR A PROTECTIVE ORDER**

Now comes the State of Rhode Island Coastal Resources Management Council ("CRMC") and petitions this Court pursuant to Federal Rule of Civil Procedures 26(c) for a protective order as a result of a subpoena duces tecum and Notice to take Deposition issued by Plaintiff's, to the CRMC, and one of its staff members, Danni Goulet. The deposition commenced on Wednesday, July 12, 2006 at 2:00 p.m. and was suspended by agreement of the parties for purposes of petitioning this Court for a protective order.

As grounds for said motion, the CRMC relies upon the accompanying Memorandum of Law for purposes of establishing that the information sought by Plaintiff's is privileged as a result of the common law deliberative process privilege. During the course of the deposition, Plaintiff's counsel continually sought to inquire into communications consisting of advisory opinions, recommendations, and deliberations between governmental personnel, *viz,* communications between CRMC members sitting in a quasi-judicial capacity and its staff members who aid them in their decision making process. Counsel for CRMC has in good faith conferred or attempted to confer with Plaintiff's counsel in an effort to resolve the dispute without court action to no avail.

WHEREFORE, the CRMC prays an Order enter quashing the subpoena, and entering a protective order against Plaintiff from inquiring into matters covered by the deliberative process privilege.

Coastal Resources Management Council,
By its Attorney,

*/s/ Brian A. Goldman, Esq.*
Brian A. Goldman, Esq./#3940
Goldman Law Offices
681 Smith Street, Providence, RI 02908
Tel: (401) 521-4100
Fax: (401) 274-5433
Goldlaw@cox.net

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2006, I electronically filed the within *Motion for a Protective Order* with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically, via the ECF system to Robert D. Goldberg, Esq. at rgoldberg@goldberglawoffices.com and Claire Richards, Esq. at crichards@gov.state.ri.us.

*/s/ Brian A. Goldman, Esq.*