AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CHAMPLIN'S REALTY ASSOCIATES

V.

DONALD L. CARCIERI et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 06-135 ML

TO: Coastal Resources Management Council ("CRMC"), by and through, DANIEL GOULET, 4808 Tower Hill Road, Suite 3, Wakefield, RI 02879

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Goldberg Law Offices, 226 Cottage Street, Pawtucket, RI | 7/12/06 @ 2:00 PM |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED "EXHIBIT A"

A True Copy Attest 6/13/ 6-27-06

| PLACE | DATE AND TIME |
| --- | --- |
| Goldberg Law Offices, 226 Cottage Street, Pawtucket, RI | 7/12/06 @ 2:00 PM |

_ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF ~~OR DEFENDANT~~) | DATE |
| --- | --- |
| Robert D. Goldberg atty for Plntff | June 23, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Robert D. Goldberg RI#1733, 226 Cottage Street, Pawtucket, RI 02860 Tel: 728-1510

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.