# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Champlin's Realty Associates :

v. : C.A. NO: 06-135 ML

Donald L. Carcieri, et al :

**To: Coastal Resources Management Council ("CRMC"), by and though, DANIEL GOULET**

## EXHIBIT A

1) Any and all plans, maps, drawings, designs or proposals (other than those marked as Exhibits in the Hearing process) for Champlin's marina, including but not limited to any and all plans submitted to the Office of the Governor of the State of Rhode Island.

2) Any and all notes, memoranda, records of any and all conversations, communications, meetings had by Mr. Goulet with any person, firm, corporation or governmental entity concerning Champlin's marina, including but not limited to Michael Tikoian, Paul Lemont, representatives of the Town of New Shoreham or any other objectors to the Champlin's proposal and/or any member of the staff of the Office of the Governor of the State of Rhode Island and/or the Governor of the State of Rhode Island.