Champlin's Realty Associates
By its Attorney,

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355

## CERTIFICATION

I hereby certify that on the 23rd day of June 2006, I mailed by regular mail, postage prepaid, a true copy of the within *Notice of Deposition {CRMC by and though DANIEL GOULET}* to:

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

Claire Richards, Esquire
Special Counsel
STATE HOUSE, Room 119
Providence, RI 02903