**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 06-135 ML |
| | : | |
| DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5 | : | |

TO: Champlin's Realty Associates

**SECOND NOTICE TO TAKE DEPOSITION OF THE PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 30(b) (6)**

Please take notice that, pursuant to Fed. R. Civ. P. 30(b) (6), Defendants will take the deposition upon oral examination of the Plaintiff by a person or persons designated by the Plaintiff as having the most knowledge of the matters listed below.

The Defendants will take the deposition upon oral examination of the designated individual or individuals on September 13, 2006 at 1:30pm at the Office of Executive Counsel, Room 119, The State House, Providence, Rhode Island, 02903, before an official United States Court Reporter or before some other person authorized by law to take depositions. This deposition will continue from day to day thereafter until completed, Sundays and holidays exempted, or as otherwise agreed by counsel for the parties.

## DEFINITIONS

The Definitions set forth in the States First Set of Interrogatories and Requests for Production of Documents are incorporated herein by reference.

## INSTRUCTIONS

As required by Rule 30(b) (6), in response to this deposition notice, you have a duty to designate one or more persons to testify on behalf of the Plaintiff as the person most knowledgeable about the categories referred to below.

## MATTERS FOR EXAMINATION

1. The corporate structure of Champlin's Realty Associates, its principals, shareholders, its parent corporations, subsidiaries, affiliated or related companies, including companies under common ownership or management.
2. Business relationships, either pending or anticipated, associated with the proposed expansion of Plaintiff's marina.
3. Damages, monetary or otherwise, sustained by the Plaintiff as a result of the conduct of the Defendants as alleged in the First Amended Complaint.
4. The allegations set forth in ¶¶ 19-25 of Plaintiff's First Amended Complaint.
5. Contacts between the Plaintiff, its agents, officers or attorneys and CRMC members or staff.
6. Contacts between the Plaintiff, its agents, officers or attorneys and the Governor or members of his staff.
7. Advertising or lobbying by the Plaintiff or any of its employees or agents concerning the proposed marina expansion.

Respectfully submitted,

DEFENDANTS
By their Attorney,

*/s/ Claire Richards*

Claire Richards (#4057)
Special Counsel
State House, Room 119
Providence, RI 02903
(401) 222-8114
(401) 222-8091 (fax)
crichards@gov.state.ri.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September, 2006, I electronically filed the within *Second Notice to take Deposition of the Plaintiff Under Federal Rule of Civil Procedure 30(b) (6)* with the United States District Court for the District of Rhode Island via the ECF system. Additionally, a copy is sent electronically via the ECF system to Robert D. Goldberg, Esq. at rgoldberg@goldberglawoffices.com.

*/s/ Claire Richards*