EXHIBIT D(1)



**k Adelman - champlins**

: Mark Adelman
(E-mail), Michael M. Tikoian
11/5/2004 11:00 AM
ct: champlins

ou have someone send me the info on the town's position and the groups for and against the expansion. I do need to finish
'ing this info. Thanks,

**Mark Adelman - RE: champlins**

**From:** Mark Adelman
**To:** Tikoian, Michael M.
**Date:** 11/9/2004 10:24 AM
**Subject:** RE: champlins

Mike,
I understand what you're saying however providing the info to the Governor so he can better understand this would not compromise CRMC. This is done with every department that has regulatory functions. Give me a call to discuss as we need this information.
Mark

>>> "Michael M. Tikoian" <MikeT@pgco.com> 11/5/2004 11:25:20 AM >>>
Mark:

We do not have a formal paper on the town's position other then they have formally objected to the project along with three other interveners(Committee for the Great Salt Pond, Block Island Land Trust and Conservation Law Foundation). The case file on this is about two boxes including transcripts. Obviously the Town Council promoted a writing campaign against the project. The CRMC offices received about 350 letters on this project both for and against. Mark, when the Governor went out to the dredge, I had asked my Vice Chair Paul Lemont to accompany him. While on the dredge, Paul did update the Governor on the Champlin's application.

We do not have a detail list of the groups for and against the project other then the one objector (town) and three interveners. I assume the Marine Trade organization is for the project, but have not formally testified yet. The applicant has not completed their presentation to the subcommittee at this time (but are about to finish). Thereon the objector and interveners will get an opportunity to present their position.

Would you like our staff to copy the file for you? Mark, we cannot have staff people render their opinions or best representation of the position of individuals or organizations on this case as it may impair the independence of the agency. We can provide you with the files that are very voluminous..

Mark, as the CRMC is quasi judicial, the agency must be cognizant of the legal ramifications of appeal.

Since this is a highly contested case, I am just being cautious.

Mike

**From:** Mark Adelman [mailto:madelman@gov.state.ri.us]
**Sent:** Friday, November 05, 2004 11:00 AM
**To:** Michael M. Tikoian
**Subject:** champlins

EXHIBIT D (2)



From: Mark Adelman
To: jgrybowski@gov.state.ri.us
Date: 10/23/2005 11:10:08 PM
Subject: Re: Block Island - Champlins

I am talking to the interested parties and DEM is digesting some massive report and summarizing it for Sullivan who is sending to me. You weren't envisioning a large briefing by them to the Governor correct but rather from us to him? If you wanted someone specific to brief him it could be Tikoian.

>>> Jeffrey Grybowski 10/23/05 4:00 PM >>>
Jeff, stay where you are on this.

Mark, where is the briefing? This can't wait much longer.

>>> Jeffrey Neal 10/20/2005 4:04:11 PM >>>

The Projo has heard about my comments about Champlins to the Block Island Times. They are looking for comment for a preview story they are writing about the subcommittee's marina expansion decision on Monday. My comments were basically that the Gov is very concerned about the magnitude of the project and that he has a strong record of protecting our environment and public spaces. Do you want me to expand on those comments to the Journal or stay noncommittal?

**: Adelman - Re: briefing**

---

n: Mark Adelman
Sedlock, Maura
: 10/25/2005 1:57 PM
ect: Re: briefing

---

man Mike Tikoian, Exec. Dir. Grover Fugate and Dan Goulet of CRMC.

Maura Sedlock 10/25/2005 1:27:03 PM >>>
s

Mark Adelman 10/25/2005 12:41:35 PM >>>
we'll take it. i will call them and get you the names.

Maura Sedlock 10/25/2005 12:36:57 PM >>>
, October 28, 10 am-11 am.

e know if you want that slot. If so, will you be calling the folks at CRMC, or shall I? If you do, can you let me who will be attending. I have Ken, Jeff, Andy, and you attending from this office.

Mark Adelman 10/25/2005 12:35:15 PM >>>
and Ken want to get a briefing set up for the Gov. sometime very soon on Champlins. CRMC d come in to brief him. What do we have available this week?

**ː Adelman - Champlins**

ı: Mark Adelman
Grybowskl, Jeffrey
ı: 11/8/2005 11:32 AM
ject: Champlins

ːrently last week, Goldberg filed a motion for Tikoian and Abadon to recures themselves from ull CRMC vote on Champlins. He is alleging that comments made by the both of them reveal position. Obviously the success of this motion results in a loss of two votes.

(approved)

Date

Constituent

Dear xxx:

Thank you for contacting me about the proposed Champlin's Marina expansion. I appreciate hearing from you.

As you know, Champlin's Marina proposed an expansion of its facilities on Block Island, and the Coastal Resources Management Council is continuing its review of this proposal. I share your concerns about the magnitude of this project. Block Island is a Rhode Island treasure. As a jewel of the state, it is vital that we preserve it for future generations to enjoy. Any proposed expansion of marinas on the Pond must be meticulously scrutinized and very thoroughly vetted.

I am disappointed that a CRMC subcommittee recommended a proposal that is too large and therefore contrary to the concerns expressed by the New Shoreham Town Council and its residents. I believe that although the positions of interested parties appear far apart, people of good conscience can still disagree but reach a compromise. I am hopeful that the CRMC will consider more limited expansion options.

Thank you again for your letter.

Sincerely,

Donald L. Carcieri
Governor

EXHIBIT F

# 28

Friday
October
2005

October 2005

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

## Tasks

Subject

## Notes

## Appointments

8

9 REDACTED

10 (10:00 AM - 11:00 AM) GOVERNOR: Champlain's Marina - Mike Tikcian, Grover Fugate, Dan Goullet, Jeff, Andy, Mark (Governor's Office)

11

12 (12:00 PM - 1:30 PM) Lunch

1

2 REDACTED

3

4

5

6

7

**From:** Kenneth McKay
**To:** jneal@gov.state.ri.us,jgrybowski@gov.state.ri.us,ahodgkin@gov.state.ri.us
**Date:** 11/13/2005 4:56:07 PM
**Subject:** Does This Still Make Sense

A Few Thoughts

REDACTED

The Next Year:

November and December 05

There are a lot of holidays and the end of the year. It is difficult to get work done but we can do a lot internally. We need a legislative agenda, we need a budget, and we need a state of the state too. We have a lot to do and there are issues outside of our control too like the Champlins Expansion, the Amgen Water Issue, the Resource Recovery Issues, the State Police Barracks, the Training School and more.

REDACTED

Kenneth K. McKay
Chief of Staff, Governor's Office
State House, Providence, RI 02903
(401) 222-2080

This email and any attachments contain confidential and/or legally privileged information from the Office of the Governor. It is intended only for the use of the named addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this emailed information is strictly prohibited and unauthorized. If you receive this email in error, please immediately notify the sender by email, telephone and permanently delete all copies of this email and any attachments.

**From:** Jeffrey Grybowski
**To:** Costa, Tim; Hodgkin, Andrew
**Date:** 11/15/2005 5:47:00 PM
**Subject:** Re: Tomorrow

Andy, why don't you plan for 2:00 for your items.

Tim, you and Janet should come in when Andy is done, I'd guess at 2:45, but check with Cathy Z.

>>> Andrew Hodgkin 11/15/2005 4:59:54 PM >>>

Jeff - I am accumulating quite a list of things I need to talk to the Gov about tomorrow. Can I get a solid ½ hour plus? I will send you a complete list, but it includes
the letter to Montalbano (draft coming), the flood disaster request, CRMC - deposition of council members (Champlin) a letter to DOE regarding an energy symposium (draft from Patty ciruclated), drunk driving, policy on expense reimbursement (gifts or state business), update on Indian litigation, etc Also, do you know if we took a position on clawback issue. Somehow I got taken off the circulation on the issue from the national group and was wondering if it was becuase the Governor said no.

Andy

---

Andrew M. Hodgkin
Executive Counsel to the Governor
State House, Room 119
Providence, RI 02903-1196
Tel: 401-222-8114
Fax: 401-222-8091
ahodgkin@gov.state.ri.us

---

This email and any attachments contain confidential and/or legally privileged information from the Office of the Governor. It is intended only for the use of the named addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this emailed information is strictly prohibited and unauthorized. If you receive this email in error, please immediately notify the sender by email, telephone and permanently delete all copies of this email and any attachments.

**CC:** Zadorozny, Catherine

Clark

(approved)

Date

Constituent

Dear xxx:

Thank you for contacting me about the proposed Champlin's Marina expansion. I appreciate hearing from you.

As you know, Champlin's Marina proposed an expansion of its facilities on Block Island, and the Coastal Resources Management Council is continuing its review of this proposal. I share your concerns about the magnitude of this project. Block Island is a Rhode Island treasure. As a jewel of the state, it is vital that we preserve it for future generations to enjoy. Any proposed expansion of marinas on the Pond must be meticulously scrutinized and very thoroughly vetted.

I am disappointed that a CRMC subcommittee recommended a proposal that is too large and therefore contrary to the concerns expressed by the New Shoreham Town Council and its residents. I believe that although the positions of interested parties appear far apart, people of good conscience can still disagree but reach a compromise. I am hopeful that the CRMC will consider more limited expansion options.

Thank you again for your letter.

Sincerely,

Donald L. Carcieri
Governor