**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CHAMPLIN'S REALTY ASSOCIATES :

v. : C.A. NO: 06-135 ML

DONALD L. CARCIERI, GOVERNOR :
OF THE STATE OF RHODE ISLAND, :
KENNETH K. McKAY IV, CHIEF OF STAFF :
TO THE GOVERNOR OF THE STATE OF :
RHODE ISLAND and JOHN DOES, 1 through 5 :

**PLAINTIFF'S STATEMENT OF** DISPUTED **FACTS**

1) Plaintiff disputes Paragraph 8 of Defendants' Statement of Undisputed Facts; to wit, Plaintiff did not urge the public "to get in touch" with members of the CRMC. Plaintiff did, however, by virtue of newspaper advertisement, express interest in the public making supportive public statements.

2) Plaintiff disputes Paragraph 9 of Defendants' Statement of Undisputed Facts. Plaintiff did, in fact, fax a draft complaint to Defendants' office. However, the context of the fax was that unless Defendants asked those members who had been improperly contacted to recuse themselves and if Plaintiff suffered damages as a result of Defendants' actions, a complaint would be filed.

Champlin's Realty Associates
By its Attorney,

*/s/ Robert D. Goldberg*

Robert D. Goldberg (RI Bar #1733)
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

**CERTIFICATION**

I hereby certify that on September 6, 2006 I electronically filed the within *Plaintiff's Statement of DISPUTED Facts* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice electronically: Claire Richards, Esq. at crichards@gov.state.ri.us

*/s/ Robert D. Goldberg*