**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

CHAMPLIN'S REALTY ASSOCIATES :

v. : C.A. NO: 06-135 ML

DONALD L. CARCIERI, GOVERNOR :
OF THE STATE OF RHODE ISLAND, :
KENNETH K. McKAY IV, CHIEF OF STAFF :
TO THE GOVERNOR OF THE STATE OF :
RHODE ISLAND and JOHN DOES, 1 through 5 :

**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS**

1. The Coastal Resources Management Council is bound by the laws, rules and regulations of the State of Rhode Island. See attached Exhibit A "The Hearing Process" a publication of the CRMC.

2. The Champlin's Marina expansion application was a contested case under the Rules and Regulations of the CRMC.

3. During the hearing of a contested case, the sub-committee and full CRMC function as a quasi-judicial body. See Exhibit A.

4. When functioning as a quasi-judicial body, the sub-committee acts like a panel of judges and directs the proceedings. See Exhibit A.

5. When functioning as a quasi-judicial body, the sub-committee takes evidence under oath, hears and rules upon evidentiary issues and generally follows the rules of evidence as applied to civil proceedings in the Superior Court. Cross-examination of witnesses takes place by attorneys and at times members of the sub-committee. See Exhibit A.

6. A formal stenographic record is made and kept of all proceedings in contested cases. This record also includes exhibits admitted into evidence. See Exhibit A.

7. In the Champlin's Marina expansion case, the full CRMC took no new evidence.

8. In the Champlin's Marina expansion case, the full CRMC gave no reason for not approving the recommendations of the sub-committee.

9. In the Champlin's Marina expansion case, CRMC was assigned to render an order or make findings of fact and conclusions of law.

10. Unless required for the disposition of ex-parte matters authorized by law, members or employees of an agency assigned to render an order or to make findings of fact and conclusions of law in a contested case, shall not directly or indirectly in connection with any issue of fact, communicate with any person or party. R.I.G.L. §45-35-13.

11. Marinas as defined in the Coastal Resources Management Program in effect as of June 1, 1997 are deemed one of the uses consistent with the public trust. R.I.G.L. §46-25-6.

Champlin's Realty Associates
By its Attorney,

*/s/ Robert D. Goldberg*

Robert D. Goldberg (RI Bar #1733)
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

**CERTIFICATION**

I hereby certify that on September 6, 2006 I electronically filed the within *Plaintiff's Statement of Undisputed Facts* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice electronically: Claire Richards, Esq. at crichards@gov.state.ri.us

*/s/ Robert D. Goldberg*