EXHIBIT A

**Mark Adelman - RE: champlins**

**From:** Mark Adelman
**To:** Tikoian, Michael M.
**Date:** 11/9/2004 10:24 AM
**Subject:** RE: champlins

Mike,
I understand what you're saying however providing the info to the Governor so he can better understand this would not compromise CRMC. This is done with every department that has regulatory functions. Give me a call to discuss as we need this information.
Mark

>>> "Michael M. Tikoian" <MikeT@pgco.com> 11/5/2004 11:25:20 AM >>>
Mark:

We do not have a formal paper on the town's position other then they have formally objected to the project along with three other interveners(Committee for the Great Salt Pond, Block Island Land Trust and Conservation Law Foundation). The case file on this is about two boxes including transcripts. Obviously the Town Council promoted a writing campaign against the project. The CRMC offices received about 350 letters on this project both for and against. Mark, when the Governor went out to the dredge, I had asked my Vice Chair Paul Lemont to accompany him. While on the dredge, Paul did update the Governor on the Champlin's application.

We do not have a detail list of the groups for and against the project other then the one objector (town) and three interveners. I assume the Marine Trade organization is for the project, but have not formally testified yet. The applicant has not completed their presentation to the subcommittee at this time (but are about to finish). Thereon the objector and interveners will get an opportunity to present their position.

Would you like our staff to copy the file for you? Mark, we cannot have staff people render their opinions or best representation of the position of individuals or organizations on this case as it may impair the independence of the agency. We can provide you with the files that are very voluminous..

Mark, as the CRMC is quasi judicial, the agency must be cognizant of the legal ramifications of appeal.

Since this is a highly contested case, I am just being cautious.

Mike

---

**From:** Mark Adelman [mailto:madelman@gov.state.ri.us]
**Sent:** Friday, November 05, 2004 11:00 AM
**To:** Michael M. Tikoian
**Subject:** champlins

you have someone send me the info on the town's position and the groups for and against the expansion. I do need to finish ring this info. Thanks,