UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 06-135 ML |
| | : | |
| DONALD L. CARCIERI, Governor of the State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does 1 through 5 | : | |

## JOINT MOTION TO EXTEND PRETRIAL ORDER DATES

Now comes the Plaintiff, Champlin's Realty Associates and the Defendants, Donald L. Carcieri and Kenneth K. McKay, IV and hereby move this Court for a two month extension of time on the dates established by this Court's pretrial order. Under the current pretrial order, discovery will close by October 15 and dispositive motions must be filed by November 15.

In support of this Joint Motion, the parties state that the Governor has filed a motion for summary judgment based, in part, on various immunity defenses and has sought a stay of discovery pending the resolution of that motion. All parties desire a determination by the Court on the request for a stay before any deposition of the Defendants.

In addition, various witnesses have asserted a deliberative process privilege, arguments on which will be heard by Magistrate Judge Martin on September 27, 2006. Depending on the outcome of that hearing, the Plaintiff may need to reconvene certain depositions or notice others.

Accordingly, the parties respectfully request that the pretrial order dates be extended so that discovery closes by December 15, 2006 and dispositive motions are filed by January 15, 2007.

Respectfully submitted,

PLAINTIFF
By its Attorney,

*/s/ Robert D. Goldberg*

Robert D. Goldberg (#1733)
Goldberg Law Office
226 Cottage Street
Pawtucket, RI 02860
(401) 728-1510
(401) 725-3355 Fax
rgoldberg@goldberglawoffices.com

DEFENDANTS
By their Attorney,

*/s/ Claire Richards*

Claire Richards (#4057)
Special Counsel
State House, Room 119
Providence, RI 02903
(401) 222-8114
(401) 222-8091 Fax
crichards@gov.state.ri.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2006, I electronically filed the within *Joint Motion to Extend Pretrial Order Dates* with the United States District Court for the District of Rhode Island via the ECF system.

*/s/ Claire Richards*