**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHAMPLIN'S REALTY ASSOCIATES :

v. : C.A. NO: 06-135 ML

DONALD L. CARCIERI, GOVERNOR :
OF THE STATE OF RHODE ISLAND, :
KENNETH K. McKAY IV, CHIEF OF STAFF :
TO THE GOVERNOR OF THE STATE OF :
RHODE ISLAND and JOHN DOES, 1 through 5 :

# NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that the Plaintiff, Champlin's Realty Associates, in the above-entitled cause will take the deposition of the **Defendant, KENNETH K. McKAY, IV and to bring with him "**any and all notes, documents, memoranda, emails or communications of any type whatsoever, which have not been previously produced by the Office of the Governor of/and concerning Champlin's Marina application**"**.

Said deposition will take place on **Friday, September 29, 2006** at **1:00 p.m**. at the **Goldberg Law Offices, 226 Cottage Street, Pawtucket, Rhode Island** for any lawful purpose of testimony before a Notary Public of the State of Rhode Island or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Champlin's Realty Associates
By its Attorney,

*/s/ Robert D. Goldberg*
Robert D. Goldberg (RI Bar #1733)
GOLDBERG LAW OFFICES
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

## CERTIFICATION

I hereby certify that on September 15, 2006 I electronically filed the within *Notice of Deposition {Kenneth K. McKay, IV}* with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice electronically: Claire Richards, Esq. at crichards@gov.state.ri.us; and by first class mail, postage prepaid to Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920

*/s/ Robert D. Goldberg*