**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CHAMPLIN'S REALTY ASSOCIATES :

v. : C.A. NO: 06-135 ML

DONALD L. CARCIERI, GOVERNOR :
OF THE STATE OF RHODE ISLAND, :
KENNETH K. McKAY IV, CHIEF OF STAFF :
TO THE GOVERNOR OF THE STATE OF :
RHODE ISLAND and JOHN DOES, 1 through 5 :

**4th *amended* NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that the Plaintiff, Champlin's Realty Associates, in the above-entitled cause will take the deposition of **THE TOWN OF NEW SHOREHAM, by and through the Town Manager, NANCY DODGE**. Said deposition will take place on **Monday, September 25, 2006** at **11:15 a.m**. at the **Goldberg Law Offices, 226 Cottage Street, Pawtucket, Rhode Island** for any lawful purpose of testimony before a Notary Public of the State of Rhode Island or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

**NOTE: THIS CANCELS THE DEPOSITION PREVIOUSLY SCHEDULED FOR 9-7-06 @ 1:00 PM**

Champlin's Realty Associates
By its Attorney,

*/s/ Robert D. Goldberg*

Robert D. Goldberg #1733
Goldberg Law Offices
226 Cottage Street
Pawtucket, RI 02860
Tel: (401) 728-1510
Fax: (401) 725-3355
rgoldberg@goldberglawoffices.com

## CERTIFICATION

I hereby certify that on September 20, 2006 I electronically filed the within ***4th amended Notice of Deposition {Town of New Shoreham's Town Manager- Nancy Dodge***} with the Clerk of the U.S. District Court for the District of Rhode Island using the CM/EFC System. The following participants have received notice electronically: Claire Richards, Esq. at crichards@gov.state.ri.us; Donald J. Packer, Esq. at djpack@att.net and by **first class mail, postage prepaid** to Merlyn P. O'Keefe, Esq., 1220 Kingstown Road, Peace Dale, RI 02879 and Allied Court Reporters, 115 Phenix Avenue, Cranston, RI 02920

*/s/ Robert D. Goldberg*