AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Champlin's Realty
v.
Carcieri, et al.

APPEARANCE

CASE NUMBER: CA 06-135 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

π Champlin's Realty

I certify that I am admitted to practice in this court.

9/28/06
*Date*

[signature]
*Signature*

Thomas H. DiPrete 4887
*Print Name* *Bar Number*

2 Stafford Court
*Address*

Cranston, RI 02920
*City* *State* *Zip Code*

401-464-6000 401-464-6006
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.