UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CHAMPLIN'S REALTY ASSOCIATES**

**VS.** **C.A. NO. 06-135ML**

**DONALD L. CARCIERI, GOVERNOR OF THE STATE OF RHODE ISLAND, KENNETH K. McKAY IV, CHIEF OF STAFF TO THE GOVERNOR OF THE STATE OF RHODE ISLAND and JOHN DOES, 1 through 5**

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Donald L. Carcieri, Governor of the State of Rhode Island, Kenneth K. McKay IV, Chief of Staff to the Governor of the State of Rhode Island and John Does, against the Plaintiff, Champlin's Realty Associates, pursuant to the Memorandum and Order dated October 12, 2006 GRANTING defendants' Motion for Summary Judgment.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: October 12, 2006