UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 06-135 ML |
| | : | |
| DONALD L. CARCIERI, Governor of The State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does, 1 through 5 | : | |

**AFFIDAVIT OF CLAIRE RICHARDS IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES**

I, Claire Richards, depose and state as follows:

1. I am currently a member in good standing of the Rhode Island and Massachusetts state and federal bars. I am also admitted in the United States Court of Appeals for the First Circuit as well as the United States Supreme Court.

2. I received my undergraduate degree from Yale University in 1983 and my law degree from Duke University School of Law in 1988.

3. From October 1988 through December 1994, I was employed as an associate in the litigation department of the Providence law firm of Hinckley, Allen and Snyder. During my tenure in private practice, I appeared extensively before the Rhode Island District, Superior, Supreme and Federal District courts.

4. From January 3, 1995 through February of 2001, I was employed by the State of Rhode Island as Deputy Executive Counsel to Governor Lincoln C.

Almond. In this capacity, I regularly appeared before both state and federal courts, representing the Governor and other state entities.

5. From February 2001 to January of 2003, I served as Executive Counsel to Governor Almond.

6. Both in my capacity as Deputy and as Executive Counsel, I reviewed legal fees submitted by outside counsel for payment by the State. I evaluated these bills to ensure that they were reasonable and necessary.

7. Since February of 2003, I have served as Special Counsel to Governor Donald L. Carcieri, handling special projects and general litigation.

8. Both in my private practice and throughout my government service, I have defended clients against § 1983 actions.

9. Since the inception of this case, I have provided a defense for Governor Donald L. Carcieri and his former Chief of Staff Kenneth K. McKay, IV.

10. I submit this affidavit in support of Defendants' motion for an award of attorney's fees pursuant to 42 U.S.C. § 1988. Attached to this Affidavit as Exhibit A is a list of the tasks which I performed in connection with the defense of this action along with the amount of time each task consumed. My time records in this case were kept contemporaneously with the tasks delineated in this affidavit.

11. Based on my review of my own work in this case, I spent 88.25 hours in connection with the defense of this action.

12. It is my opinion, based on my experience reviewing outside counsel fees for the State as well as from my experience in private practice, that $200 per hour is a reasonable hourly rate for my services.

13. Accordingly, I hereby request an award of attorney's fees in the amount of $17,650.00 to be paid to the General Treasurer for the State of Rhode Island.

I declare under penalty of perjury that the foregoing is true and correct.

Claire Richards
Claire Richards
Special Counsel

SUBSCRIBED AND SWORN to before me this 26th day of October, 2006.

Andrew N. Hodgkins
Notary Public
My Commission Expires:
7/9/07