UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHAMPLIN'S REALTY ASSOCIATES | : | |
| | : | |
| v. | : | C.A. No. 06-135 ML |
| | : | |
| DONALD L. CARCIERI, Governor of The State of Rhode Island, KENNETH K. MCKAY, IV, Chief of Staff to the Governor of the State of Rhode Island and John Does, 1 through 5 | : | |

**AFFIDAVIT OF JAMES R. LEE IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES**

I, James R. Lee, depose and state as follows:

1. I am an Assistant Attorney General and have been engaged in the practice of law since 1980. I began serving as a Special Assistant Attorney General in August of 1991, and became an Assistant Attorney General in January of 1993. On April 1, 1996, I became Chief of the Civil Division of the Attorney General's Office. My case load consists of civil litigation in both state and federal courts. Prior to joining the Department of Attorney General, from 1980 to 1990, I had my own private practice in Sacramento, California.

2. I was admitted to practice law in the State of California in 1980, the State of Rhode Island in 1990, as well as federal courts in California and Rhode Island. I am also admitted to practice in the United States Court of Appeals for the First Circuit. I have argued cases in each of these courts.

3. During my tenure at the Attorney General's Office, I have participated in numerous § 1983 cases and have become familiar with the prevailing rates in this jurisdiction.

4. At the request of Claire Richards, Special Counsel to Governor Donald L. Carcieri, I have reviewed her affidavit in support of Defendants' request for attorney's fees in the above-captioned case. In connection with my review of her affidavit, I have also spoken with Ms. Richards about this case and have reviewed the substantive memoranda of law that she prepared.

5. Based on the foregoing and based on my experience in defending § 1983 claims, it is my opinion that a fee of $200 per hour is a reasonable rate for her services and that the time she spent – 88.25 hours – was necessary in representing the interests of the

Governor and his former Chief of Staff, Kenneth K. McKay, IV. The hours she spent and the rate she is charging are reasonable, particularly in light of her experience and reputation in the legal community.

6. In view of the foregoing, it is my opinion, to a reasonable degree of legal certainty, that Ms. Richards' request for $17,650.00, made payable to the General Treasurer of the State of Rhode Island is an entirely reasonable fee for her services.

I declare under penalty of perjury that the foregoing is true and correct.

James R. Lee

James R. Lee

SUBSCRIBED AND SWORN to before me this 26th day of October, 2006.

Carol A. Collins

Notary Public
My Commission Expires: 08/04/2009