# EXHIBIT A

## CHAMPLIN'S REALTY v. CARCIERI

| Date | | Hours |
|---|---|---|
| 3/24/06 | Review complaint and removal statute; prepare removal papers for filing with district court; draft affidavit of removal in state court | 1.5 |
| 3/27/06 | Procure copy of certified record in state court; extended discussions with state court clerks concerning their interpretation of removal rules; second round-trip to State House to comply with State Court clerks' interpretation of rules governing removal | 4.5 |
| 3/30/06 | Review allegations of complaint; meet separately with Governor and K. McKay re: factual allegations of complaint; review media coverage of Champlin's application for expansion, as well as, press releases concerning same; draft answer to complaint | 2.75 |
| 4/06/06 | Legal research concerning executive's conditional immunity | 2 |
| 4/17/06 | Drafted fact and standard section of motion for summary judgment; conducted legal research on procedural and substantive due process; conducted legal research on equal protection | 2.5 |
| 4/18/06 | Review 1st Circuit and district court due process and equal protection cases; drafted argument section concerning due process and equal protection | 3 |
| 4/19/06 | Continue review of 1st Circuit and district court due process and equal protection cases; continue drafting legal argument section of motion for summary judgment | 4.5 |
| 4/20/06 | Review Rhode Island case law on potential Noerr-Pennington and SLAPP defenses; attend conference with Judge Lisi; conference with R. Goldberg re: amendment to complaint and discovery closure date; e-mail Governor | |

| | | |
|---|---|---|
| | Carcieri and K. McKay regarding potential conflict waiver and proposed amended complaint theory | 5.75 |
| 5/5/06 | Review discovery request; circulate memo to staff concerning responding to same | .5 |
| 6/15/06 | Draft letter to R. Goldberg re: continued search for documents responsive to Champlin's document request | .25 |
| 7/12/06 | Travel to and from and attend deposition of Danni Goulet; conferences with various staff members concerning existence of additional responsive documents as requested by R. Goldberg | 3.25 |
| 7/14/06 | Attend Plaintiff's motion to adjudge in contempt non-party Block Island witness before Magistrate Judge Martin | 1.5 |
| 8/8/06 | Travel to and from and attend deposition of Jack Savoie; check M. Adelman's availability for deposition; follow-up with staff on whether further responsive documents exist; TC to Governor Carcieri; OC with K. McKay re: responses to admissions | 3 |
| 8/9/06 | Further attention to responses to admissions | .5 |
| 8/10/06 | Conduct legal research on Anti-SLAPP defense; drafted memorandum section on same | 4 |
| 8/15/06 | Conduct further legal research on § 1983 claims; draft section of memo regarding failure to state a claim | 3.5 |
| 8/16/06 | Conduct further legal research on § 1983 claims; draft section of memo regarding failure to state a claim | 2.25 |
| 8/17/06 | Draft, review and revise motion for summary judgment, supporting memorandum and undisputed statement of facts | 5.0 |
| 8/21/06 | Draft, review and revise motion for summary judgment, supporting memorandum and undisputed statement of facts; attention to filing same; draft 30(b)(6) deposition notice; attention to filing same; e-mail to M. Adelman regarding new dates for his deposition | 6.5 |

| | | |
|---|---|---|
| 8/22/06 | Draft letter to R. Goldberg re: reschedule of M. Adelman deposition, motion for a stay of discovery and additional documents responsive to discovery request | .5 |
| 8/23/06 | Conduct legal research supporting motion for a stay, including substantive versus procedural law applicable in federal courts; draft and review motion for a stay and supporting memorandum of law | 5 |
| 8/28/06 | Conducted legal research on deliberative process and executive privileges; TC to AG's Office re: personal capacity questions; TC to R. Goldberg re: M. Adelman deposition reschedule; OC with J. Grybowski and A. Hodgkin re: strategy for handling case | 3.25 |
| 8/29/06 | Review documents produced in preparation of M. Adelman deposition; conduct further legal research on various potential privileges to be asserted at deposition | 2.25 |
| 8/30/06 | Prepare M. Adelman for deposition | .75 |
| 9/1/06 | Travel to and from and attend deposition of M. Adelman | 3.5 |
| | Report to J. Grybowski and A. Hodgkin concerning deposition | .5 |
| 9/08/06 | Review Champlin's Opposition to summary judgment | .75 |
| 9/11/06 | Draft, review and revise Governor's Response to Champlin's Opposition to Motion for Summary Judgment; attention to filing same | 4.5 |
| 9/12/06 | Review Champlin's Objection to Governor's Motion for Stay; draft Joint Motion for Extension of Pre-Trial Order Dates; attention to e-filing same | .75 |
| 9/25/06 | Travel to and from and attend deposition of Nancy Dodge | 2.5 |
| 9/27/06 | Prepare for oral argument on the Governor's motions for summary judgment and for a stay; OC with A. Hodgkin re: Dodge deposition testimony | 2.25 |
| 9/28/06 | Prepare for and attend oral argument on Governor's motions for summary judgment and for stay; attention to various electronic orders post hearing; TC from Brian Goldman re: impact of stay on various CRMC discovery | |

| | | |
|---|---|---|
| | motions scheduled before Magistrate Judge Martin; e-mail to J. Grybowski and K. McKay re: discovery stay and report on summary judgment oral argument | 4.5 |
| 10/12/06 | Review memorandum and order; OC w/ J. Grybowski; E-mail to K. McKay concerning court's decision | .5 |
| | Total: | 88.25 |